# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1116
Lower Tribunal No. CC22-605

_____

SUSAN STONE,

Appellant,

v.

LAKEVIEW PARTNERS, LLC,

Appellee.

_____

Appeal from the County Court for Highlands County.
Anthony L. Ritenour, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA, J., and LAMBERT, B.D., Associate Judge, concur.

Susan Stone, Sebring, pro se.

Christopher V. Carlyle, of The Carlyle Appellate Law Firm, Orlando, and Thomas V. Infantino, of Infantino and Berman, Winter Park, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED